# RETURN

Case No.: 25-05618MB

☒ FILED   ☐ LODGED
**Feb 04 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-4-25 | 2-4-25 12:41PM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / A. Atayre

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Packaging material
8 grams of methamphetamine

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-4-25

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title